**Kwang–Wei Han, Appellant,**

v.

**Han Safety, Inc., Appellee.**

No. 01–56543.

BAP No. CC–01–01232–PBK.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 9, 2003.

Decided May 5, 2003.

Before SCHROEDER, Chief Judge, THOMPSON, and GRABER, Circuit Judges.

MEMORANDUM* AND ORDER

Kwang–Wei Han ("Han") appeals pro se, via the Bankruptcy Appellate Panel, the Bankruptcy Court's order authorizing the sale of real property belonging to a corporation in which Han is the sole shareholder. We dismiss the appeal, because the real property has been sold to a third party and that sale has been concluded, rendering this appeal moot. *See Nat'l Mass Media Telecomm. Sys., Inc. v. Stanley (In re Nat'l Mass Media Telecomm. Sys., Inc.)*, 152 F.3d 1178, 1180–81 (9th Cir.1998).

Han's Request for Judicial Notice, filed April 9, 2003, is denied as moot.

APPEAL DISMISSED.

In re: **HAN SAFETY, INC., Debtor,**

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.